IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FRANCO M. PONQUINETTE, IV,      :
                                :
    Plaintiff,                  :
                                :
vs.                             :
                                :      CIVIL ACTION 15-520-M
CAROLYN W. COLVIN,              :
Social Security Commissioner,   :
                                :
    Defendant.                  :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Franco M. Ponquinette, IV.

DONE this 9th day of August, 2016.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE